Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiff was sustained.

**No. 60479.**—Zanadu Manufacturing Corp. and Gehrig Hoban & Co., Inc. *v.* United States, protest 292010–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiffs was sustained.

**No. 60480.**—Rambusch Decorating Co. and General Shipping & Trading Co. *v.* United States, protests 191258–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of wood figures similar in all material respects to those the subject of Abstract 58592, the claim of the plaintiffs was sustained.

**No. 60481.**—The Metal Removal Company et al. *v.* United States, protests 283525–K/6663, etc. (Chicago).

Opinion by MOLLISON, J. The protests were dismissed.

**No. 60482.**—Earl Stewart *v.* United States, protest 254998–K (Detroit).

Opinion by MOLLISON, J. The protest was dismissed.

**No. 60483.**—E. Leitz, Inc. *v.* United States, protest 268089–K (New York).